# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

AHMED HANNIBAL,

      Respondent

      v.

SOLID WASTE SERVICES, INC. D/B/A J.P. MASCARO & SONS, INC.,

      Petitioner

:  No. 20 EAL 2024
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.